05-CV-05406-CMP

Keith D. Karnes, WSB # 35000
Olsen, Olsen & Daines
1599 State St.
P.O. Box 12829
Salem, OR 97309-0829
(503)362-9393



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

LARRY SWEATT,

    Plaintiff,

v.

SUNKIDD VENTURE, INC., dba AMERICAN BONDED COLLECTION SPECIALIST; and DUVALL CRAIG R, dba CRESTWOOD CONSTRUCTION,

    Defendants.

Case No. C05 5406 JKA

Complaint for Violation of Fair Debt Collection Practices Act.

**JURY REQUESTED**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Larry Sweatt, an individual consumer, against Defendants, Sunkidd Venture, Inc., dba American Bonded Collection Specialist; and Duvall Craig R dba Crestwood Construction, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq (herein "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Venue in this District is proper because Defendants conduct business in Western Washington and the conduct complained of occurred within the District.

## III. PARTIES

3. Plaintiff is a natural person residing in Bremerton, Washington.

4. Defendant Sunkidd Venture, Inc., dba American Bonded Collection Specialist (herein "ABC") is a Washington corporation engaged in the business of collecting debts in Washington with its principal place of business located in Spokane Valley, Washington. The principal purpose of Defendant ABC is the collection of debts in this state and Defendant ABC regularly attempts to collect debts alleged to be due another.

5. Defendant Duvall Craig R, dba Crestwood Construction (herein "Crestwood") is a sole proprietor engaged in the business of renting apartments in Washington with its principal place of business located in Tacoma, Washington.

6. Defendant ABC is engaged in the collection of debts from consumers using the telephone. Defendant ABC regularly attempts to collect consumer debts alleged to be due to another. Defendant ABC is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7. Defendant Crestwood is a "creditor" as defined by the FDCPA, 15 U.S.C. § 1692a(4).

8. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

///

///

Page 2- COMPLAINT

## IV. FACTUAL ALLEGATIONS

9. On or around April 19, 2002, Plaintiff sent check number 1691 in the amount of $168.30 to Defendant Crestwood to pay the remaining balance due for cleaning fees Plaintiff had incurred. (Exhibit A.)

10. On March 23, 2004, Plaintiff received a billing statement in an attempt to collect a debt from Defendant ABC in regards to the paid debt mentioned paragraph nine. (Exhibit B.)

11. On April 1, 2004, Plaintiff received a second billing statement from Defendant ABC which included a breakdown of Plaintiff's balance due. (Exhibit C.)

12. On April 7, 2004, Plaintiff sent a letter to Defendant ABC informing Defendant ABC debt to Defendant Crestwood was paid in full with an attached letter from Defendant Crestwood also stating debt was paid in full. (Exhibit D.)

13. Plaintiff received a letter from Defendant ABC dated April 12, 2004 informing Plaintiff the file regarding the debt was closed pursuant to Defendant Crestwood's request. (Exhibit E.)

14. Plaintiff received a credit report from credit reporting agency Trans Union dated July 22, 2004 in which Defendant ABC was still listed as an open account with a balance due of $210.00 and past due $210.00. (Exhibit F.)

15. Plaintiff received a credit report from credit reporting agency Equifax dated July 28, 2004 in which Defendant ABC was still listed as an open account with a balance due of $210.00. (Exhibit G.)

///

///

16. Defendant ABC filed a Universal Data Form to credit reporting agencies Equifax, Trans Union, and Experian on July 28, 2004 deleting account information from Plaintiff's credit reports. (Exhibit H.)

17. Plaintiff has been denied a loan because of Defendant ABC's negligence and erroneous credit reporting. (Exhibit I.)

## V. CLAIM FOR RELIEF

### Claim One

18. Defendant ABC and Crestwood's actions in failing to report to the major credit reporting agencies that Plaintiff's debt was paid in full is a violation of the FDCPA, 15 U.S.C. 1692e(2)(a).

19. Defendant ABC and Crestwood's action has caused Plaintiff damages in the form of embarrassment, emotional distress, lowered credit scoring, denial of credit, and attorney fees.

### Claim Two

20. Defendant ABC and Crestwood's actions in failing to report to the major credit reporting agencies that Plaintiff's debt was paid in full is a violation of the FDCPA, 15 U.S.C. 1692e(8).

21. Defendant ABC and Crestwood's action has caused Plaintiff damages in the form of embarrassment, emotional distress, lowered credit scoring, denial of credit, and attorney fees.

///

///

///

Page 4- COMPLAINT

### Claim Three

20. Defendant Crestwood's action in reporting Plaintiff's account as delinquent to Defendant ABC when Defendant Crestwood had actual knowledge that Plaintiff had paid the account in full is a violation of the FDCPA, 15 U.S.C. 1692e(2)(a).

21. Defendant Crestwood's action has caused Plaintiff damages in the form of embarrassment, emotional distress, lowered credit scoring, denial of credit, and attorney fees.

### Claim Four

22. Defendant Crestwood's action in reporting Plaintiff's account as delinquent to Defendant ABC when Defendant Crestwood had actual knowledge that Plaintiff had paid the account in full is a violation of the FDCPA, 15 U.S.C. 1692e(8).

23. Defendant Crestwood's action has caused Plaintiff damages in the form of embarrassment, emotional distress, lowered credit scoring, denial of credit, and attorney fees.

24. As a result of the foregoing violations of the FDCPA, Defendants are liable to the Plaintiff for declaratory judgment the Defendants' actions violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff Larry Sweatt respectfully requests that judgment be entered against Defendants as follows:

A. Declaratory Judgment that Defendants actions violated the FDCPA;

B. Actual Damages in the amount of $50,000.00;

C. Statutory Damages pursuant to 15 U.S.C. § 1692k in the amount of $1,000.00;

///

///

///

D.	Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and

E.	For such other relief that the Court may deem just and proper.

DATED June 13, 2005

_____
Keith D. Karnes WSB # 35000
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff requests a trial by jury in this matter.

_____
Keith D. Karnes, WSB # 35000
Attorney for Plaintiff

Page 6- COMPLAINT





LARRY N SWEATT  
PO BOX 1312  

BREMERTON      WA    98337-0512

Account No.   1575158702  
LARRY N SWEATT  
Draft No.     1691  
Paid Date     04/29/2002  
Trace No.     0011117405  

Fax/Phone#  
Employee No.  10113  
001  

Roll          01007  

Transcode     220  

Work Type     01  
BRE  

EXHIBIT __A__  
PAGE __1__ OF __1__

1213 S. PINES RD, SUITE E
SPOKANE, WA 99206-5428

RETURN SERVICE REQUESTED

**abc**

**AMERICAN COLLECTORS**
*association member*

Sunkidd Venture, Inc. DBA
**American Bonded Collection**
TEL: 509-922-7312

MAR 23 2004

RE: CRESTWOOD COSTRUCTION
ACCOUNT #: 186828
PRINCIPAL: US$168.60
INTEREST: US$39.30

186828-1-8

LARRY N SWEATT
PO BOX 1312
BREMERTON WA  98337-0512

TOTAL DUE: US$207.90

INTEREST RATE:12.000%

\*\*\* NOTICE OF ASSIGNMENT OF ACCOUNT \*\*\*

THIS OFFICE IS A DEBT COLLECTOR. THE ABOVE MENTIONED ACCOUNT HAS
BEEN ASSIGNED TO THIS OFFICE FOR COLLECTION.

IT IS OUR POLICY TO LIST ALL ACCOUNTS WITH THE NATIONAL CREDIT BUREAUS,
HOWEVER THAT POLICY MAY BE WAIVED IF THIS ACCOUNT IS PAID WITHIN 30
DAYS OF THE DATE OF THIS NOTICE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS
NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION
THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY
THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS
OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A
JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU
REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS
NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE
ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY
BE USED FOR THAT PURPOSE.

RETAIN UPPER PORTION FOR YOUR RECORDS. DETACH AND RETURN FORM BELOW WITH PAYMENT IN ENCLOSED ENVELOPE.

186828-8
LARRY N SWEATT

AMOUNT REMITTED $. _____

AMERICAN BONDED COLLECTION INC.
1213 S. PINES RD, SUITE E
SPOKANE, WA 99206-5428

EXHIBIT __B__

PAGE _1_ OF _1_

Sunkidd Venture, Inc. d/b/a
AMERICAN BONDED COLLECTION
1213 S PINES RD STE E
SPOKANE WA 99206-5428
(509) 922-7312

APR 01 2004

186828-45-8
LARRY N SWEATT
PO BOX 1312
BREMERTON WA 98337-0512

FOLLOWING IS A BREAKDOWN OF YOUR BALANCE DUE OF $208.40:

THIS OFFICE IS A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

| ACCOUNT NUMBER | REFERRING CREDITOR | CURRENT BALANCE | INTEREST BALANCE | OTHER CHARGES |
|---|---|---|---|---|
| 186828 | CRESTWOOD COSTRUCTION | 208.40 | 39.80 | 0.00 |

EXHIBIT C
PAGE 1 OF 1

April 7, 2004

American Bonded Collection Inc.
1213 S. Pines Rd. Suite E
Spokane, WA 99206-5428

Dear Sir or Mam,

Enclosed you will find a letter from Crestwood Construction concerning the account 186828 debt of $168.60 with an interest of $39.30 for a total of $207.90 for cleaning and carpet repairs that was mistakenly believe to be delinquent. This debt of 168.60 was paid in April of 2002 (2 years ago). Crestwood Construction acknowledges that this account was paid in full. I ask that you adjust your records accordingly and give me a written confirmation of your action. Thank You.

Cordially,

*Larry N. Sweatt*
Larry N Sweatt

EXHIBIT D
PAGE 1 OF 2

# CRESTWOOD CONSTRUCTION

Rental Management and Development

P.O. Box 99695
Tacoma, Washington 98499-0695

April 7, 2004

Larry Sweatt
P.O. Box 1312
Bremerton, WA 98337

RE: Rental account at Fairway Heights Apartments.

Dear Mr. Sweatt:

We have carefully reviewed our records and the balance due of $168.60 for cleaning and ruining the carpet with bleach, had been paid.

Your account is paid in full.

Sincerely,

C. Duvall
General Manager
Fairway Heights Apartments

EXHIBIT D
PAGE 2 OF 2

```
                                        SUNKIDD VENTURE, INC., d/b/a
                                        AMERICAN BONDED COLLECTION
                                        1213 S PINES RD STE E
                                        SPOKANE WA 99206-5428
                                        509-922-7312
```

APR 12 2004

186828-40-8
LARRY N SWEATT
PO BOX 1312
BREMERTON WA 98337-0512

RE: ACCOUNT(S) AS LISTED BELOW
OUR ACCOUNT NUMBER: 186828
TOTAL DUE: $208.90

THANK YOU FOR YOUR LETTER OF APRIL 7, 2004.

OUR FILE REGARDING THE MATTER REFERENCED BELOW WAS CLOSED PURSUANT TO OUR CLIENT'S REQUEST APRIL 6, 2004.

IF YOU HAVE ANY QUESTIONS OR IF I CAN BE OF ANY FURTHER ASSISTANCE, PLEASE FEEL FREE TO CALL ME AT 509-922-7312 ext. 111.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

THIS OFFICE IS A DEBT COLLECTOR.

JAY JOHNSON

CRESTWOOD COSTRUCTION          208.90

186828-8

EXHIBIT E
PAGE 1 OF 1

```
*** 97DZ6075-047 ***                    YOUR TRANSUNION FILE NUMBER:   97DZ6075
P.O. Box 6790                           PAGE   1 OF 14
Fullerton, CA 92834                     DATE THIS REPORT PRINTED: 07/22/2004

RETURN SERVICE REQUESTED                SOCIAL SECURITY NUMBER: XXX-XX-████
                                        BIRTH DATE:             ████
                                        YOU HAVE BEEN IN OUR FILES SINCE: 03/1991
                                        PHONE: ████
```

CONSUMER REPORT FOR:

\*\*\*\*\*
SWEATT, LARRY, NEAL



FORMER ADDRESSES REPORTED:

EMPLOYMENT DATA REPORTED:

DATE REPORTED: 05/1997                 DATE REPORTED: 07/1994

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION. YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS WORD IS NOT DISPLAYED TO ANYONE BUT YOU.

                          YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

```
>COLLECTION RECORD<
 AMER BONDED   PH#: (509) 922-7312
 1213 S PINES RD, #E, SPOKANE, WA 99206-5428
 ACCT# 186828                                   OPEN ACCOUNT
 ACCT INFO DISPUTED BY CONSUMR
     UPDATED  04/2004   BALANCE:      $210      INDIVIDUAL ACCOUNT
     PLACED   03/2004   MOST OWED:    $169      CRESTWOOD CONSTRUCTION
                        >PAST DUE:    $210<
     STATUS AS OF 04/2004: UNRATED
```

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

EXHIBIT F
PAGE 1 OF 1

07230400000008 1/20 DT

# EQUIFAX

## CREDIT FILE : July 28, 2004

Confirmation # 4210200496

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
P O Box 740258
Atlanta, GA 30348

Phone: (800) 270-3435
M - F 9:00am to 5:00pm in your time zone.



In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call WITHIN 60 DAYS of the date of this credit file AND have a copy of this credit file along with the confirmation number.

### Personal Identification

Name On File: Larry Neal Sweatt
Social Security #: XXX-XX-
Date of Birth:
Current Address: PO Box 1312, Bremerton, WA 98337
Previous Address(es):
Last Reported Employment:
Previous Employment(s):

### Public Record Information

American Bonded Collection; Collection Reported 04/2004; Assigned 03/2004; Client - Crestwood Construction; Amount - $169 ; Status as of 04/2004 - Account Disputed; Date of 1st Delinquency 04/2002; Balance as of 04/2004 - $210 ; Individual Account; Account # - 166828; Address: 1213 S PINES RD SPOKANE VALLEY WA 99206-5485 ; (509) 922-7312

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Payment - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Activity - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final/Balloon) Payment
Balloon Pay Date - The Date of Final/Balloon) Payment
Date Closed - The Date the Account was Closed

Account History Status Code Descriptions:
1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure
J : Voluntary Surrender
K : Repossession
L : Charge Off

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Deferred Pay Start Date | Activity Description | Balloon Pay Amount | Balloon Pay Date | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02/2003 | | | | | 16 | | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/2004 | $0 | | | | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

Continued On Next Page )

4210000496061-0004-58450- 17606- 17831 - BS



EXHIBIT G
PAGE 1 OF 1

# UNIVERSAL DATA FORM

62-Paid
93-Past Due
04-Delete

This form has been approved for reporting or updating account information.
☐ New   ☐ Change   If Change makes trade current, is previous delinquent history to be deleted?   ☐ Yes   ☐ No
☒ Delete

*(Do not include security passwords with codes below.)*

Subscriber Name: __American Bonded Collection__   CCA Subscriber Code: ▓▓▓▓▓
Subscriber Address: __1213 S. Pines Road__   EQUIFAX Subscriber Code: ▓▓▓▓▓
Experian Subscriber Code: ▓▓▓▓▓
__Spokane, WA 99206__   TU Subscriber Code: ▓▓▓▓▓

## CONSUMER INFORMATION

| Surname | First | M.I. | Suffix | SSN | DOB/Age |
|---|---|---|---|---|---|
| Sweatt | Larry | N | | ▓▓▓ | /10/70 |

| Current Address | City | State | Zip |
|---|---|---|---|
| PO Box 1312 | Bremerton | WA | 98337 |

Previous Address | City | State | Zip | Telephone, if available

Current Employer Name | Occupation | City | State

Spouse Surname | First | M.I. | Suffix | SSN | DOB/Age

### Additional Spouse Information (Complete only if joint account)

Spouse Address (if different) | City | State | Zip
Spouse Employer Name | Occupation | City | State

## CURRENT/HISTORICAL ACCOUNT INFORMATION (See tables on reverse side for codes.)

| Account Number/Client Name | Date Open | Present Status Date | Balance | Amount Past Due | High Credit | Payment History | Type Acct/MOP |
|---|---|---|---|---|---|---|---|
| 186828 Crestwood Construction | 3/04 | 7/04 | 169. | / | | | |

| Metro Status Code | Credit Limit | Terms/Amount | Date Last Payment | Maximum Delinquency Date | Amount | MOP | Closed Date | First Date of Delinquency** | ECOA |
|---|---|---|---|---|---|---|---|---|---|
| 04 Delete | | | | 7/04 | 169. | | | 4/02 | \ |

Type of Loan/Collateral | Special Comments/Remarks: __Reported in Error__

Historical Status: No. of Months | 30 days | 60 days | 90 days

☒ Automated   ☐ Manual

**Defined as first date of delinquency leading up to charge-off or collection status.
REQUIRED FOR LEGAL COMPLIANCE TO THE FAIR CREDIT REPORTING ACT.

When you submit this form, you certify that the information is accurate. You also certify that your automated and/or manual records have been adjusted to reflect any changes made.

EXHIBIT __H__
PAGE __1__ OF __1__

Reason for deletion or status change from adverse to favorable: ____

Authorized Signature: _[signature]_   Date: 7-28-04
Please Print Name: __Pam Flynn__   Telephone: (509) 922-7312

# LoanSource
*Funding, LLC*

5501 NE 109th Court, Suite L
Vancouver, WA  98662
Phone: 360-910-2337
Fax: 360-838-0357
www.loansource.info
randyw@loansource.info

Friday, July 30, 2004

Larry N. Sweatt

Re: Credit scores required for 95% purchase

Mr. Sweatt,
In order to qualify for a 95% purchase of a duplex you must have a credit score of 660 or above. Unfortunately your credit score of 643 does not qualify. Please notice the sheet I have sent which states the requirements. Please call if you have any questions.

Sincerely,

Randy Wegner / Loan Officer

EXHIBIT  I
PAGE  1  OF  3

| | PURCHASE and RATE / TERM | | | CASH-OUT REFINANCES (4) | | | |
|---|---|---|---|---|---|---|---|
| **PRIMARY RESIDENCE** | LTV | CLTV (1)(2) | AMT | LTV | CLTV (1)(2) | AMT | C/O |
| 1-4 UNITS, Condo's, PUD's | 95% | 100% | 1,000K | 95% | 100% | 1,000K | 50K |
| | | | | 80% | 100% | 1,000K | 100K |
| **SECOND HOME** | LTV | CLTV | AMT | LTV | CLTV | AMT | C/O |
| SFR, Condo's, PUD's | 95% | 100% | 1,000K | 95% | 100% | 1,000K | 50K |
| | | | | 80% | 100% | 1,000K | 100K |
| **INVESTOR (3)** | LTV | CLTV | AMT | LTV | CLTV | AMT | C/O |
| 1-4 UNITS, Condo's, PUD's | 95% | 100% | 1,000K | 95% | 100% | 1,000K | 50K |
| | | | | 80% | 100% | 1,000K | 100K |

| | |
|---|---|
| **CREDIT SCORE:** Use the middle of 3 or the lower of 2 scores on each borrower | 620 Minimum Score (3) Minimum credit score requirement =>680. The lowest score of all borrowers is used to qualify. Each borrower must have minimum of two scores. (4) On Owner Occupied loans with credit scores>=680 AND LTV/CLTV's =< 90% the cash-out is unlimited. |
| **CREDIT HISTORY** | Minimum of 24 Mos. credit history on a minimum of 3 trade lines with activity on one account in past 12Mos. Tradelines that are derogatory can not be used to meet minimum credit history requirements. Credit report must be dated within 60 days of closing. |
| **MORTGAGE / RENTAL HISTORY** | 0 X 30 Days Late in The Last 12 Months. Housing history must be verified within 30 days of closing. Borrowers with no prior mortgage or rental history ok, except on Investor. |
| **TITLE** | The previous 24 month chain of title must be reviewed by the underwriter. Any changes in title must be adequately documented. |
| **REVOLVING & INSTALLMENT CREDIT CHARGE OFF'S COLLECTIONS, JUDGMENTS, REPO'S TAX LIENS, AND OTHER CREDIT RELATED ISSUES** | Credit explanation letters are required for all derogatory credit in the last 24 months. All past due accounts must be brought current prior to or at closing. The borrowers over all credit in the last 12-24 months must demonstrate a willingness to repay. Serious or habitual delinquencies without a reasonable explanation and/or the re-establishment of good credit is not acceptable, regardless of available pricing adjustments for lower credit scores. |
| **BANKRUPTCY AND FORECLOSURE REQUIREMENTS** | A bankruptcy must be discharged 2+ years and a foreclosure must have occurred 3+ years from application date with re-established credit. If the subject property is N/O/O the loan must be Full Doc with an established mortgage history. |
| **RESERVES** | 6 months reserves on Investment properties<br>LTV/CLTV's > 80% with MI and LTV/CLTV's < 80% require 2 months PITI on O/O and second homes<br>LTV/CLTV's > 80% without MI require 2 mos. PITI for Full Doc, O/O and second homes; 6 mos. On all other Doc Types<br>credit score >=720, LTV <=80% loan amount <=650K no reserves required; reserves can not come from proceeds |
| **BUSINESS FUNDS** | Allowed for down payment and reserves |
| **SELLER CONCESSIONS** | > 90% LTV/CLTV - 3% For Primary Residence and 2nd. Home/ 2% Investor<br><= 90% LTV/CLTV - 6% For Primary Residence and 2nd. Home / 2% on Investor<br><=75% LTV/CLTV - 9% For Primary Residence and 2nd Home/ 2% on Investor |
| **PAYMENT SHOCK** | Considered in underwriting decision |
| **GIFT FUNDS** | 5% For LTV's from 80.01% TO 95% and No Borrower Contribution For <= 80% LTV<br>(Gift Funds NOT Allowed For Investment Properties) |
| **PREPAYMENT PENALTY** | 3 and 5 Year Prepayment Penalty Options Available (see rate sheet for price adj.) |
| **QUALIFYING RATIOS** | 50% |
| **MORTGAGE INSURANCE** | All loans of > 80% LTV must be priced as uninsured. All uninsured loans <> 90.00% LTV must also have 2nd signature by our Contract Underwriter (see u/w guides). Refer to Mortgage Maker Insured for MI eligible loan program guidelines |
| **ESCROWS** | Escrow waiver available on all LTV's for addt'l 1/4 point fee |
| **LOAN TYPES** | 30 Yr. Fixed (20, 15 yr. terms available with exception, no price adjustment) and 3/24, 3/27, 5/25 Libor adjustables |
| **APPRAISALS** | One full appraisal for loans <=$650K. Two appraisals required for loans > $650K. An enhanced desk review is required for loans with CLTV's 95.01%-100%. A Hansen Preview must be done on all Mtg Maker loans; see guides for details. |
| **DOCUMENTATION** | Employment is Stated and Verified - Income is Stated (Not Verified)<br>Assets are itemized and Verified - Escrows Deposits are Stated and Verified<br>Liabilities are Itemized - Properties Owned are Stated |
| **INTERNAL OFFICE CODES** | Lending Dept. = ALT A, Credit Grade = ALT A<br>Program Codes = MM 15YRFX, MM 30YRFX, MM3/28, MM3/27, MM5/25 (indicate doc type and tier in second field) |
| **LOAN TO VALUE CALCULATIONS AND SEASONING REQUIREMENTS** | LTV/CLTV's on a purchase use the appraised value or the purchase price whichever is lower<br>Rate and Term Refi use the appraised value. An investor seasoned <12 months use original purchase price seasoning<br>Cash-out refi use appraised value and 12 months ownership seasoning is required<br>A Junior lien < 12 months seasoned is considered cash-out and must be paid off or subordinated. (excluding purchase & home improvement junior liens)<br>Construction/Perm financing LTV/CLTV's =<80% can be treated as a purchase or a refi; LTV/CLTV's >80% use the lesser of the appraised value or the acquisition cost |
| **CONDOS** | FNMA type A, FNMA approved or warrantable, FHLMC Class III, or FNMA/FHLMC Limited Review are eligible |
| **NON - WARRANTABLE CONDO** | Must have a Min 750 square feet, 10 units, 50% of all units, common areas and facilities within legal phase must be complete, and secondary finance is not permitted. LTV's over 80.00%: 51% Presale, 60% owner occupied LTV's 80.00% under require Min. presale of legal phases 33%. Owner occupancy must be 15% on Full, stated and No Ratio loans, 30% on No Doc. |
| **SUBORDINATE FINANCING** | Subordinate financing is allow up to the maximum LTV/CLTV permitted (including seller held seconds). All seconds must conform to FNMA guidelines. (1) Loans with LTV's above 90.00% and CLTV's between 95.01%-100% are limited to SFR purchase primary residences. (2) No concurrent Third Mortgages allowed. See SIB MM Second Mortgage matrices for maximum CLTV's and minimum credit score requirements. |

EXHIBIT I
RBV. 05/01/03
PAGE 2 OF 3

# LoanSource
## Funding, LLC

5501 NE 109th Court, Suite L
Vancouver, WA 98662
Phone: 360-910-2337
Fax: 360-838-0357
www.loansource.info
randyw@loansource.info

Wednesday, August 04, 2004

Neal Sweatt

Re: Loan rate determination

Neal,
Per our discussion, your FICO score currently does not allow you to obtain the best rates. In order to gain a higher rate your scores would have to be 700 or better. At that point your rate for a cash out refi would have been 6.625 versus the 7.125 you currently can receive. The difference this would have made over the life of the loan would have been a savings of $12,507.80 in interest. I hope this answers your questions and if I can be of any further service, please let me know.

Sincerely,

Randy Wegner / Loan Officer

EXHIBIT  I
PAGE  3  OF  3