UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY SWEATT , <br><br> Plaintiff, <br><br> v. <br><br> SUNKIDD VENTURE, INC., dba AMERICAN BONDED COLLECTION SPECIALIST; and DUVALL CRAIG R. dba CRESTWOOD CONSTRUCTION, <br><br> Defendants. | Case No. C05-5406FDB <br><br> ORDER GRANTING MOTION OF DEFENDANT CRAIG R. DUVALL d/b/a CRESTWOOD CONSTRUCTION TO DISMISS |

Defendant Craig R. Duvall d/b/a Crestwood Construction moves for dismissal on the basis that the Fair Debt Collection Practices Act (FDCPA) does not regulate the activities of creditors such as Crestwood.  The FDCPA draws a distinction between a "creditor," defined as "any person who offers or extends credit creating a debt or to whom a debt is owed." and a "debt collector," defined as a third-party whose principal business is to collect, or attempt to collect, a debt owed to another. 15 U.S.C. § 1692a(4) and § 1692e.  The purpose of the FDCPA was to eliminate the abusive debt collection practices by debt collectors.  *Id.*

Crestwood referred an outstanding balance owed at the end of Larry Sweatt's tenancy at Crestwood to a debt collector, co-defendant American Bonded Collection Specialist (ABC).

ORDER - 1

Plaintiff opposes dismissal arguing that Defendant Sunkidd (dba ABC) sent him a dunning letter March 23, 2004, nearly two years after he had paid the debt to Crestwood. Plaintiff argues that Crestwood is vicariously liable for Sunkidd's actions because Crestwood controlled Sunkidd to the extent that Sunkidd was directed by Crestwood to collect from Plaintiff. Moreover, Plaintiff notes that he is moving to amend his complaint to file a tort damages claims against Defendants.

The Court cannot conclude on the record here that there was an agency relationship between Duvall/Crestwood and Sunkidd/ABC rather than an independent contractor relationship. Accordingly, the FDCPA claims against Defendants Craig R. Duvall d/b/a Crestwood Construciton must be dismissed.

ACCORDINGLY, IT IS ORDERED: Defendant Craig R. Duvall d/b/a Crestwood Construction's Motion To Dismiss [Dkt. # 38] is GRANTED, and Plaintiffs claims under the Fair Debt Collection Practices Act against these defendants are DISMISSED.

DATED this 23rd day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2