UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY SWEATT,

    Plaintiff,

v.

SUNKIDD VENTURE, INC., dba AMERICAN BONDED COLLECTION SPECIALIST; and DUVALL CRAIG R., dba CRESTWOOD CONSTRUCTION,

    Defendants.

Case No. C05-5406FDB

ORDER GRANTING MOTION OF DEFENDANT CRAIG R. DUVALL d/b/a CRESTWOOD CONSTRUCTION TO SEAL ATTACHMENT TO HIS INITIAL DISCLOSURES FILED 7/14/06

    Defendant Craig R. Duvall d/b/a Crestwood Construction moves to seal attachment his initial disclosures filed July 14, 2006 for the reason that the documents were inadvertently filed in their unredacted form as to certain personal information. There is no objection to this motion.

    NOW, THEREFORE, IT IS ORDERED:

1.    Motion of Craig R. Duvall d/b/a Crestwood Construction to Seal Attachment to his Initial Disclosures Filed July 14, 2006 [Dkt. # 53] is GRANTED.

2.    The Clerk of the Court shall SEAL the attachment to Crestwood's Initial Disclosures entitled "**Rental Application**" (three pages in total) (See Sealed Document at Dkt. # 50).

DATED this 23rd day of August, 2006.

*/s/ Franklin D. Burgess*
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1